BECKY GOLDSTEIN and LOUIS GOLDSTEIN, the Latter as Administrator, etc., of BEN GOLDSTEIN, Deceased, Appellants, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent, Impleaded with Another, Defendant.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.